NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| DANNY R. ENNIS, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 2D17-5036 |
| | ) | |
| STATE OF FLORIDA, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

Opinion filed May 2, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; Mark F. Carpanini,
Judge.

Danny R. Ennis, pro se.


PER CURIAM.


Affirmed.  See Johnson v. State, 60 So. 3d 1045 (Fla. 2011); Jacobs v.

State, 162 So. 3d 29 (Fla. 4th DCA 2014); Benedetto v. State, 957 So. 2d 109 (Fla. 4th

DCA 2007); Tiger v. State, 764 So. 2d 824 (Fla. 4th DCA 2000).


NORTHCUTT, KELLY, and LUCAS, JJ., Concur.